# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:24–cv–03081–LMM

| | |
|---|---|
| Fairburn Hospitality, LLC et al v. United States Small Business Administration et al | Date Filed: 07/11/2024 |
| | Jury Demand: None |
| Assigned to: Judge Leigh Martin May | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:2201 Declaratory Judgment | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Fairburn Hospitality, LLC**   represented by   **James Walter Frazer Green , I**
Phelps Dunbar LLP
400 Convention Street
Ste 1100
Baton Rouge, LA 70802
225–346–0285
Fax: 225–381–9197
Email: walt.green@phelps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vision Hospitality, LLC**   represented by   **James Walter Frazer Green , I**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Small Business Administration**   represented by   **Melanie D. Hendry**
DOJ–USAO
75 Ted Turner Dr. SW
Suite 600
Atlanta, GA 30303
404–581–6060
Email: melanie.hendry@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Isabella Casillas Guzman**
*in her official capacity as administrator of the*
*Small Business Administration*   represented by   **Melanie D. Hendry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Janet Yellen**
*in her official capacity as United States*
*Secretary of Treasury*   represented by   **Melanie D. Hendry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**United States Department of Justice**                    represented by    **Melanie D. Hendry**
                                                                             (See above for address)
                                                                             *ATTORNEY TO BE NOTICED*


**<u>Defendant</u>**

**Attorney General Merrick Garland**                       represented by    **Melanie D. Hendry**
                                                                             (See above for address)
                                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2024 | Ï 1 | COMPLAINT for Mandamus Relief (Filing fee $ 405 receipt number AGANDC−13566805) filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Civil Cover Sheet)(gww) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 07/12/2024) |
| 07/12/2024 | Ï 2 | STANDING ORDER REGARDING CIVIL LITIGATION Signed by Judge Leigh Martin May on 7/12/2024. (bnp) (Entered: 07/12/2024) |
| 07/15/2024 | Ï 3 | PROPOSED SUMMONS filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC *to AG Merrick Garland* (Green, James) (Entered: 07/15/2024) |
| 07/15/2024 | Ï 4 | PROPOSED SUMMONS filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC *to The United States Department of Justice* (Green, James) (Entered: 07/15/2024) |
| 07/15/2024 | Ï 5 | PROPOSED SUMMONS filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC *to Isabella Casillas Guzman* (Green, James) (Entered: 07/15/2024) |
| 07/15/2024 | Ï 6 | PROPOSED SUMMONS filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC *to Janet Yellen* (Green, James) (Entered: 07/15/2024) |
| 07/15/2024 | Ï 7 | PROPOSED SUMMONS filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC *to United States Small Business Administration* (Green, James) (Entered: 07/15/2024) |
| 07/16/2024 | Ï 8 | Electronic Summons Issued as to All Defendants. (tht) (Entered: 07/16/2024) |
| 07/29/2024 | Ï 9 | Corporate Disclosure Statement by Fairburn Hospitality, LLC identifying Other Affiliate Ascent Hospitality Management Co., LLC, Other Affiliate Vision Hospitality, LLC, Other Affiliate Birmingham Hotels LLC, Other Affiliate Birmingham HP HH, LLC, Other Affiliate Chattanoogan LLC, Other Affiliate Classic Hotels, LLC, Other Affiliate Coastal Hospitality, Other Affiliate Dothan Hospitality, Other Affiliate Empire Hospitality Operations LLC, Other Affiliate Enterprise Hospitality, LLC, Other Affiliate Enterprise Hotels, LLC, Other Affiliate Forest Hospitality, LLC, Other Affiliate Goshen Hotels, Other Affiliate Hammond Hospitality, LLC, Other Affiliate Hammond Hotels, LLC, Other Affiliate Hope Hull Hospitality, Other Affiliate Jackson Downtown Hotels, LLC, Other Affiliate Meridian Lodging, Inc., Other Affiliate Mobile, LLC, Other Affiliate Montgomery Downtown Hotels, Other Affiliate Montgomery DT LLC, Other Affiliate Ocean Hospitality, LLC, Other Affiliate P&T Hospitality, LLC, Other Affiliate RAM Lodging, LLC, Other Affiliate Saraland Hotels, LLC, Other Affiliate Space Center Hotels, LLC for Fairburn Hospitality, LLC. (Attachments: # 1 Exhibit A − Affiliated Companies)(Green, James) (Entered: 07/29/2024) |

| 07/29/2024 | Ï 10 | Corporate Disclosure Statement by Vision Hospitality, LLC identifying Other Affiliate Ascent Hospitality Management Co., LLC, Other Affiliate Fairburn Hospitality, LLC, Other Affiliate Birmingham Hotels LLC, Other Affiliate Birmingham HP HH, LLC, Other Affiliate Chattanoogan LLC, Other Affiliate Classic Hotels, LLC, Other Affiliate Coastal Hospitality, Other Affiliate Dothan Hospitality, Other Affiliate Empire Hospitality Operations LLC, Other Affiliate Enterprise Hospitality, LLC, Other Affiliate Enterprise Hotels, LLC, Other Affiliate Forest Hospitality, LLC, Other Affiliate Goshen Hotels, Other Affiliate Hammond Hospitality, LLC, Other Affiliate Hammond Hotels, LLC, Other Affiliate Hope Hull Hospitality, LLC, Other Affiliate Jackson Downtown Hotels, LLC, Other Affiliate Meridian Lodging, Inc., Other Affiliate Mobile, LLC, Other Affiliate Montgomery Downtown Hotels, Other Affiliate Montgomery DT LLC, Other Affiliate Ocean Hospitality, LLC, Other Affiliate P&T Hospitality, LLC, Other Affiliate RAM Lodging, LLC, Other Affiliate Saraland Hotels, LLC, Other Affiliate Space Center Hotels, LLC, Other Affiliate Saraland Hospitality, LLC for Vision Hospitality, LLC. (Attachments: # 1 Exhibit A – Affiliated Companies)(Green, James) (Entered: 07/29/2024) |
| 08/21/2024 | Ï 11 | APPLICATION for Admission of Nash Ellis Gilmore Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13666796).by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Exhibit Certificates of Good Standing)(Green, James) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/21/2024) |
| 08/21/2024 | Ï 12 | APPLICATION for Admission of David Michael Hurst Jr. Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13666869).by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Exhibit Certificates of Good Standing)(Green, James) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/21/2024) |
| 08/21/2024 | Ï 13 | APPLICATION for Admission of Arthur Freeman Jernigan, Jr. Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13666953).by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Exhibit Certificates of Good Standing)(Green, James) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/21/2024) |
| 08/22/2024 | Ï | RETURN of 13 APPLICATION for Admission of Arthur Freeman Jernigan, Jr. Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13666953) to attorney for correction. Reason for return: Applicant listed Local Rule 83.1A. The updated local rule is 83.1B2. Applicant must date application. Please correct and resubmit. (cpp) (Entered: 08/22/2024) |
| 08/22/2024 | Ï | RETURN of 12 APPLICATION for Admission of David Michael Hurst Jr. Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13666869) to attorney for correction. Reason for return: Applicant listed Local Rule 83.1A. The updated local rule is 83.1B2. Applicant must date application. Please correct and resubmit. (cpp) (Entered: 08/22/2024) |
| 08/22/2024 | Ï | RETURN of 11 APPLICATION for Admission of Nash Ellis Gilmore Pro Hac Vice (Application fee $ 100, receipt number AGANDC–13666796) to attorney for correction. Reason for return: Applicant listed Local Rule 83.1A. The updated local rule is 83.1B2. Applicant must date application. Please correct and resubmit. (cpp) (Entered: 08/22/2024) |
| 08/23/2024 | Ï 14 | APPLICATION for Admission of Nash Ellis Gilmore Pro Hac Vice.by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Exhibit Certificates of Good Standing)(Green, James) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/23/2024) |
| 08/23/2024 | Ï 15 | APPLICATION for Admission of David Michael Hurst Jr. Pro Hac Vice.by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Exhibit Certificates of Good Standing)(Green, James) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/23/2024) |
| 08/23/2024 | Ï 16 | APPLICATION for Admission of Arthur Freeman Jernigan, Jr. Pro Hac Vice.by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Exhibit Certificates of Good |

| | | |
|---|---|---|
| | | Standing)(Green, James) Documents for this entry are not available for viewing outside the courthouse. (Entered: 08/23/2024) |
| 08/26/2024 | Ï | RETURN of 15 APPLICATION for Admission of David Michael Hurst Jr. Pro Hac Vice to attorney for correction. Reason for return: Local counsel must maintain an office in the Northern District of Georgia. Local counsel may file a motion with the court requesting an exemption from this rule. If an order granting this motion is approved, local counsel must file PHV application along with the order. (cpp) (Entered: 08/26/2024) |
| 08/26/2024 | Ï | RETURN of 14 APPLICATION for Admission of Nash Ellis Gilmore Pro Hac Vice to attorney for correction. Reason for return: Local counsel must maintain an office in the Northern District of Georgia. Local counsel may file a motion with the court requesting an exemption from this rule. If an order granting this motion is approved, local counsel must file PHV application along with the order. (cpp) (Entered: 08/26/2024) |
| 08/26/2024 | Ï | RETURN of 16 APPLICATION for Admission of Arthur Freeman Jernigan, Jr. Pro Hac Vice to attorney for correction. Reason for return: Local counsel must maintain an office in the Northern District of Georgia. Local counsel may file a motion with the court requesting an exemption from this rule. If an order granting this motion is approved, local counsel must file PHV application along with the order. (cpp) (Entered: 08/26/2024) |
| 09/25/2024 | Ï 17 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint for Mandamus Relief,, with Brief In Support by Attorney General Merrick Garland, Isabella Casillas Guzman, United States Department of Justice, United States Small Business Administration, Janet Yellen. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Certificate of Service)(Hendry, Melanie) (Entered: 09/25/2024) |
| 09/25/2024 | Ï 18 | ORDER granting 17 Motion for Extension of Time to Answer. It is hereby ordered that Defendants shall be granted an extension of time to file a responsive pleading to the Complaint for Declaratory Judgment and Mandamus Relief through and including November 15, 2024. Signed by Judge Leigh Martin May on 09/25/2024. (tht) (Entered: 09/25/2024) |
| 09/26/2024 | Ï 19 | Return of Service Executed by Fairburn Hospitality, LLC, Vision Hospitality, LLC. Attorney General Merrick Garland served on 8/2/2024, answer due 11/15/2024. (Green, James) (Entered: 09/26/2024) |
| 09/26/2024 | Ï 20 | Return of Service Executed by Fairburn Hospitality, LLC, Vision Hospitality, LLC. United States Department of Justice served on 8/2/2024, answer due 11/15/2024. (Green, James) (Entered: 09/26/2024) |
| 09/26/2024 | Ï 21 | Return of Service Executed by Fairburn Hospitality, LLC, Vision Hospitality, LLC. United States Small Business Administration served on 8/6/2024, answer due 11/15/2024. (Green, James) (Entered: 09/26/2024) |
| 10/23/2024 | Ï 22 | Return of Service Executed by Fairburn Hospitality, LLC, Vision Hospitality, LLC. Janet Yellen served on 8/2/2024, answer due 11/15/2024. (Green, James) (Entered: 10/23/2024) |
| 10/23/2024 | Ï 23 | PROPOSED SUMMONS filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC *to Ryan K. Buchanan, USAO* (Green, James) (Entered: 10/23/2024) |
| 10/23/2024 | Ï 24 | Electronic Summons Issued as to Ryan K. Buchanan. (tht) (Entered: 10/23/2024) |
| 11/14/2024 | Ï 25 | MOTION to Transfer Case to Southern District of Mississippi with Brief In Support by Attorney General Merrick Garland, Isabella Casillas Guzman, United States Department of Justice, United States Small Business Administration, Janet Yellen. (Attachments: # 1 Brief Brief in Support of Defendants' Motion to Transfer, # 2 Exhibit Ex. 1 (CID), # 3 Exhibit Ex. 2 (SD Miss Cmplt), # 4 Exhibit Ex. 3 (ND Miss Cmplt), # 5 Exhibit Ex. 4 (ED Tenn Cmplt), # 6 Exhibit Ex. 5 (SD Ala |

| | | |
|---|---|---|
| | | Cmplt), # 7 Exhibit Ex. 6 (MD Ala Cmplt), # 8 Exhibit Ex. 7 (ND Ala Cmplt))(Hendry, Melanie) (Entered: 11/14/2024) |
| 11/14/2024 | Ï 26 | Return of Service Executed by Fairburn Hospitality, LLC, Vision Hospitality, LLC. United States Department of Justice served on 11/12/2024, answer due 12/3/2024. (Green, James) (Entered: 11/14/2024) |
| 11/29/2024 | Ï 27 | RESPONSE in Opposition re 25 MOTION to Transfer Case to Southern District of Mississippi filed by Fairburn Hospitality, LLC, Vision Hospitality, LLC. (Attachments: # 1 Memorandum in Support)(Green, James) (Entered: 11/29/2024) |
| 12/13/2024 | Ï 28 | REPLY BRIEF re 25 MOTION to Transfer Case to Southern District of Mississippi filed by United States Small Business Administration, Isabella Casillas Guzman, Janet Yellen, United States Department of Justice, Attorney General Merrick Garland. (Attachments: # 1 Exhibit 8 (SD Miss Stay Order))(Hendry, Melanie) (Entered: 12/13/2024) |
| 12/15/2024 | Ï | Submission of 25 MOTION to Transfer Case to Southern District of Mississippi to District Judge Leigh Martin May. (bgt) (Entered: 12/15/2024) |
| 01/14/2025 | Ï 29 | NOTICE by United States Small Business Administration, Isabella Casillas Guzman, Janet Yellen, United States Department of Justice, Attorney General Merrick Garland re 25 MOTION to Transfer Case to Southern District of Mississippi *of Supplemental Authority* (Attachments: # 1 Exhibit Ex. 1 N.D. Ala. Transfer Order)(Hendry, Melanie) (Entered: 01/14/2025) |
| 02/19/2025 | Ï 30 | NOTICE by Attorney General Merrick Garland, Isabella Casillas Guzman, United States Department of Justice, United States Small Business Administration, Janet Yellen re 25 MOTION to Transfer Case to Southern District of Mississippi *of Supplemental Authority* (Attachments: # 1 Exhibit 1 (Dothan Hospitality Mem. Op and Order))(Hendry, Melanie) (Entered: 02/19/2025) |
| 03/03/2025 | Ï 31 | NOTICE by Attorney General Merrick Garland, Isabella Casillas Guzman, United States Department of Justice, United States Small Business Administration, Janet Yellen re 25 MOTION to Transfer Case to Southern District of Mississippi *Third Notice of Supplemental Authority* (Attachments: # 1 Exhibit 1 – Saraland Hospitality Decision)(Hendry, Melanie) (Entered: 03/03/2025) |
| 03/31/2025 | Ï 32 | ORDER. Defendants' motion to transfer, Dkt. No. 25 , is GRANTED. The Clerk is DIRECTED to transfer this matter to the District Court for the Southern District of Mississippi, Southern Division, and CLOSE this case. Signed by Judge Leigh Martin May on 3/31/2025. (cpp) (Entered: 03/31/2025) |