UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

FAIRBURN HOSPITALITY, LLC et al                                                                PLAINTIFFS

VERSUS                                                         CIVIL ACTION NO. 1:25-CV-96-TBM-RPM

UNITED STATES SMALL BUSINESS
ADMINISTRATION et al                                                                          DEFENDANTS

## ORDER REQUIRING STATUS UPDATE

This matter is before the Court *sua sponte*. On July 11, 2024, Plaintiffs Fairburn Hospitality, LLC and Vision Hospitality, LLC filed a Complaint for Declaratory Judgment and Mandamus Relief against the United States Small Business Administration; Isabella Casillas Guzman, *in her official capacity as administrator of the Small Business Administration*; Janet Yellen, *in her official capacity as United States Secretary of Treasury*; the United States Department of Justice; and Attorney General Merrick Garland. [1]. The Complaint was filed in the Northern District of Georgia, but the case was later transferred to the Southern District of Mississippi on March 31, 2025. [32].

This case was transferred in order to be consolidated with a substantially similar, earlier-filed case, *Classic Hotels, LLC et al v. United States Small Business Administration et al*, No. 1:24-CV-00213-TBM-RPM. There were three substantially similar cases consolidated with *Classic Hotels* on March 14, 2025. Because this case was not transferred until March 31, 2025, however, it was never consolidated with *Classic Hotels*. Nevertheless, a settlement was reached in *Classic Hotels*; and the Court understands that the settlement encompassed this matter. And there has been no activity in this case for over four months. Therefore, the Court requires the parties to file a response to this Order, either jointly or separately, providing a status update on this matter. Alternatively,

if this case is ready to be dismissed in light of the settlement reached in *Classic Hotels*, the parties may file the appropriate Rule 41 dismissal.

IT IS THEREFORE ORDERED AND ADJUDGED that, **on or before August 27, 2025**, the parties shall file a response to this Order, either jointly or separately, providing a status update. Alternatively, if this case is ready to be dismissed, the parties may file the appropriate Rule 41 dismissal.

SO ORDERED AND ADJUDGED, this the 13th day of August 2025.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE