**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**FAIRBURN HOSPITALITY, LLC, ET AL.**                                                      **PLAINTIFFS**

**v.**                                                      **CAUSE # 1:25-cv-00096-TBM-RPM**

**UNITED STATES SMALL**
**BUSINESS ADMINISTRATION, ET AL.**                                                      **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Fairburn Hospitality, LLC, and Vision Hospitality, LLC, by and through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntary dismiss this action with prejudice, including all claims against all defendants, with each party to bear its own costs.

**Submitted and agreed to by:**

*s/ Nash Gilmore*
Nash E. Gilmore
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: 601-352-2300
Facsimile: 601-360-9777
nash.gilmore@phelps.com

*Counsel for Plaintiffs*

*s/ James E. Graves, III*
James E. Graves, III
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Email: James.Graves@usdoj.gov
Telephone:     (601) 965-4480
Facsimile:     (601) 965-4032

*Counsel for Defendants*